# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER McLELLAN, | CASE NO. 22-CV-12608 |
| Plaintiff, | HON. SEAN F. COX |
| v. | MAG. JONATHAN J.C. GREY |
| CENTRIA HEALTHCARE LLC, | |
| Defendant. | |

| | |
|---|---|
| Scott P. Batey  (P54711) | Gary C. Ankers  (P41599) |
| BATEY LAW FIRM, PLLC | LITTLER MENDELSON, P.C. |
| 30200 Telegraph Road, Suite 400 | 200 Renaissance Center, Suite 3110 |
| Bingham Farms, Michigan 48025 | Detroit, Michigan 48243 |
| (248) 540-6800 | (313) 446-6400 |
| sbatey@bateylaw.com | gankers@littler.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, having stipulated to the entry of an Order dismissing this case with prejudice and without costs or fees, and the Court being otherwise fully-advised in the premises;

IT IS HEREBY ORDERED that this matter is Dismissed with Prejudice and without fees or costs as to any Party.

SO ORDERED.

Dated: <u>October 25, 2023</u>        <u>s/Sean F. Cox</u>
Honorable Sean F. Cox
United States District Judge

SO STIPULATED:

| | |
|---|---|
| */s/ Scott P. Batey*  (*w/consent*) | */s/ Gary C. Ankers* |
| Scott P. Batey  (P54711) | Gary C. Ankers  (P41599) |
| BATEY LAW FIRM, PLLC | LITTLER MENDELSON P.C. |
| 30200 Telegraph Road, Suite 400 | 200 Renaissance Center, Suite 3110 |
| Bingham Farms, Michigan 48025 | Detroit, Michigan 48243 |
| (248) 540-6800 | (313) 446-6400 |
| sbatey@bateylaw.com | gankers@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated:  August 25, 2023 | Dated:  August 25, 2023 |